UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL CASE NO. 04-66-1-C

UNITED STATES OF AMERICA            PLAINTIFF

**ORDER**

vs.

CHARLES DALTON BREWER,            DEFENDANT

\* \* \* \* \*

The Magistrate Judge having issued a Report and Recommendation on defendant's alleged supervised release violation, and the defendant having waived his right of allocution,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED**.

**IT IS FURTHER ORDERED** that the term of supervised release of the defendant is revoked, that the defendant is committed to the custody of the Bureau of Prisons for a term of four (4) months, and that no further term of supervised release is imposed.

Signed on  January 17, 2007

Jennifer B. Coffman, Judge
United States District Court